**Electronically Filed
Supreme Court
SCWC-14-0000594
11-SEP-2017
09:08 AM**

SCWC-14-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAY D. CADIZ,
Petitioner/Claimant-Appellant,

vs.

QSI, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAIʻI, LTD.,
Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(SCWC-14-0000594; CAAP-14-0000594; AB 2012-099 (2-10-46361)
AND SCWC-16-0000029; AB 2013-250; (2-11-46922))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Jay D. Cadiz's application for writ of certiorari filed on July 31, 2017, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 11, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

